

## ATTORNEY GENERAL OF MISSOURI

**CHRIS KOSTER**
**ATTORNEY GENERAL**

**JEFFERSON CITY**
**65102**

REPLY TO:
Fletcher Daniels State Office Building
615 E. 13th Street
Suite 401
Kansas City, MO 64106
Phone: (816) 889-5000
Main Fax: (816) 889-5006
Labor Fax: (816) 889-5026

March 20, 2012

United States Marshals Service
Western District of Missouri
400 E. 9th St., Suite 3740
Kansas City, MO 64106

***RE: Richard M. Elbert v. City of Kansas City Missouri, et al., Case No. 11-428-CV-W-HFS***

To Whom It May Concern:

    Our office received an envelope, addressed to me, that appeared to be mail for me. When our front desk receptionist opened the envelope, however, the summons indicated it was actually for "Detective Robert Gibbs C/O Lauren Horsman."

    The plaintiff in this matter would like to add Robert Gibbs as a defendant. However, Detective Gibbs is not yet a party to this case, so I cannot accept service for him. Mr. Elbert is required to personally serve Mr. Gibbs – it is insufficient for him to send a summons to me. Accordingly, I have enclosed the summons and complaint with this letter, as there was no service.

    Please let the return of service reflect that the address for Detective Gibbs was invalid and that there has not been service. If you have any questions, please do not hesitate to contact me at (816) 889-5025.

Sincerely,

*Lauren A. Horsman*
Lauren A. Horsman

Encl.
CC:    The Honorable Howard F. Sachs
         Richard Elbert

www.ago.mo.gov