IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| **RICHARD M. ELBERT,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 11-00428-CV-W-HFS |
| ) | |
| **CITY OF KANSAS CITY, MISSOURI** *et al.*, ) | |
| ) | |
| **Defendants.** ) | |

## ENTRY OF APPEARANCE AND JURY DEMAND

Senior Associate City Attorney Douglas McMillan hereby enters his appearance as lead counsel and attorney of record for Defendants City of Kansas City, Missouri, Patrice Winston, Jim Ready, Regina Wagner and Gary Majors in the above-captioned action and demands trial by jury.

          OFFICE OF THE CITY ATTORNEY

          By:/s/ Douglas McMillan
          Douglas McMillan, #48333
          Senior Associate City Attorney
          414 East 12th Street
          2800 City Hall
          Kansas City, Missouri 64106
          (816) 513-3107, Fax (816) 513-3105
          doug.mcmillan@kcmo.org
          **ATTORNEYS FOR DEFENDANT**
          **CITY OF KANSAS CITY, MISSOURI,**
          **PATRICE WINSTON, JIM READY,**
          **REGINA WAGNER AND GARY MAJORS**

## CERTIFICATE OF SERVICE

I hereby certify that on 4th day of April, 2012 I electronically filed the Defendants City of Kansas City, Missouri, Patrice Winston, Jim Ready, Regina Wagner and Gary Majors' entry of appearance with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following: all CM/ECF participants of record in this case.

          /s/ Douglas McMillan