## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | |
|---|---|
| **RICHARD M. ELBERT,** | ) |
| **Plaintiff,** | ) |
| v. | ) Case No. 11-00428-CV-W-HFS |
| **CITY OF KANSAS CITY, MISSOURI** *et al.*, | ) |
| **Defendants.** | ) |

### DEFENDANTS CITY OF KANSAS CITY, MISSOURI, PATRICE WINSTON, JIM READY, REGINA WAGNER AND GARY MAJOR'S MOTION TO EXTEND TIME TO ANSWER, MOVE OR OTHERWISE PLEAD TO PLAINTIFF'S AMENDED COMPLAINT

COMES NOW Defendants City of Kansas City, Missouri, Patrice Winston, Jim Ready, Regina Wagner and Gary Majors ("City Defendants") hereby move this court for an extension of time to answer, move or otherwise plead to the amended complaint to and including April 11, 2012.

In support of their motion, the City Defendants provide the following suggestions:

1. The answers to Plaintiff's Amended Complaint were due March 30, 2012.

2. There are several newly added City Defendants, namely Jim Ready, Regina Wagner and Gary Majors.

3. The undersigned is new lead counsel on this case as former lead counsel, Corey Carter, is no longer employed by the City.

4. The undersigned counsel has made contact with the individual Defendants listed above, who are employees of the City. A meeting needs to be scheduled to allow the Defendants the opportunity to assist counsel with a response to amended complaint.

5. The Defendants' counsel is unable to proceed with the response to Plaintiff's amended complaint without the assistance of Ms. Winston, Mr. Ready, Ms. Wagner and Mr. Majors who are privy to the circumstances surrounding the allegations contained within the amended complaint. A meeting is scheduled for April 5, 2012.

6. This request for an extension to file a response to the amended complaint is not made for the purpose of delay, but to enable counsel to fully and intelligibly respond to the allegations of Plaintiff's amended complaint.

**WHEREFORE**, Defendants City of Kansas City, Missouri, Patrice Winston, Jim Ready, Regina Wagner and Gary Majors pray that this Court grant their request for an extension to answer, move or otherwise plead to complaint to and including April 11, 2012.

Respectfully submitted,

OFFICE OF THE CITY ATTORNEY

By: /s/ Douglas McMillan
Douglas McMillan, #48333
Senior Associate City Attorney
2800 City Hall
414 East 12th Street
Kansas City, Missouri 64106
(816) 513-3107, Fax: (816) 513-3105
email: doug.mcmillan@kcmo.org
**ATTORNEYS FOR DEFENDANTS
CITY OF KANSAS CITY, MISSOURI,
PATRICE WINSTON, JIM READY,
REGINA WAGNER AND GARY MAJORS**

**CERTIFICATE OF SERVICE**

   I hereby certify that on the 4th day of April, 2012 I electronically filed Defendants City of Kansas City, Missouri, Patrice Winston, Jim Ready, Regina Wagner and Gary Majors' motion for extension of time to answer, move or otherwise plead to complaint with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following all CM/ECF participants of record in this case.

                /s/ Douglas McMillan