IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| **RICHARD M. ELBERT,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.  11-00428-CV-W-HFS |
| | ) | |
| **CITY OF KANSAS CITY, MISSOURI** *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

### DEFENDANTS CITY OF KANSAS CITY, MISSOURI, PATRICE WINSTON, JIM READY, REGINA WAGNER, GARY MAJORS AND JOHN HARBRUCKER'S JURY DEMAND

Defendants City of Kansas City, Missouri, Patrice Winston, Jim Ready, Regina Wagner Gary Majors and John Harbrucker, by their attorneys of record, hereby make a demand for trial by jury.

OFFICE OF THE CITY ATTORNEY

By:/s/ Douglas McMillan
Douglas McMillan, #48333
Senior Associate City Attorney
414 East 12th Street
2800 City Hall
Kansas City, Missouri   64106
(816) 513-3107, Fax (816) 513-3105
doug.mcmillan@kcmo.org
**ATTORNEYS FOR DEFENDANTS
CITY OF KANSAS CITY, MISSOURI,
PATRICE WINSTON, JIM READY,
REGINA WAGNER AND GARY MAJORS**

### CERTIFICATE OF SERVICE

I hereby certify that on 6th day of April, 2012 I electronically filed the Defendants City of Kansas City, Missouri, Patrice Winston, Jim Ready, Regina Wagner, Gary Majors and John Harbrucker's jury demand with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following: all CM/ECF participants of record in this case.

/s/ Douglas McMillan