IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| RICHARD M. ELBERT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:11-CV00428-HFS |
| | ) |
| CITY OF KANSAS CITY, MISSOURI, | ) |
| et al., | ) |
| | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of July, 2012, I electronically filed, using the CM/ECF system, this Certificate of Service and mailed it, along with Defendant Board's Response to Plaintiff's 2nd Request for Production of Documents, by United States mail, postage prepaid, to:

Richard M. Elbert
5005 Olive
Kansas City, MO 64130
**Plaintiff pro se**

And

Douglas M. McMillan
City Attorney's Office of Kansas City
414 East 12th Street
2800 City Hall
Kansas City, MO 64106
Telephone: (816)513-3117
Fax: (816)513-3105
doug.mcmillan@kcmo.org
**Attorney for City of Kansas City, Missouri,**

**Patrice Winston, Jim Ready, Regina Wagner,
John Harbrucker, & Gary Majors**

        Respectfully submitted,

        **CHRIS KOSTER**
        Attorney General

        */s/ Lauren Horsman*
        LAUREN HORSMAN
        Assistant Attorney General
        Mo. Bar Number: 60982
        615 E. 13th St., Ste. 401
        Kansas City, MO 64106
        Telephone: (816)889-5025
        Fax: (816)889-5006
        lauren.horsman@ago.mo.gov