# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| Richard M. Elbert<br>Plaintiff<br><br>vs.<br><br>City of Kansas City Missouri, et al. | CASE NO. 4:11-CV-00428-HFS<br><br>Plaintiffs 3rd Request For Production of Documents From Defendant Board of Police Commissioners |

## Certificate of Service

I hereby certify that on 25th day of August, 2012, I electronically filed the Plaintiffs 3rd Request For Production of Documents From Defendant Board of Police Commissioners with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following: all CM/ECF participants of record in this case.

*/s/ Richard M. Elbert*

Richard M. Elbert