Richard Elbert, In Pro Se
5005 Olive, Kansas City, Missouri 64130
816-606-0713 KCFlavour@hotmail.com

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| Richard M. Elbert<br>Plaintiff<br><br>vs.<br><br>City of Kansas City Missouri, et al. | CASE NO. 4:11-CV-00428-HFS<br><br>Plaintiffs 5th Request For Production of Documents From Defendant City of Kansas City Missouri |

### Certificate of Service

I hereby certify that on 6th day of September, 2012, I electronically filed the Plaintiffs 5th Request For Production of Documents From Defendant City of Kansas City Missouri with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following: all CM/ECF participants of record in this case.



Richard M. Elbert